**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JUDITH K SMYTHE** | **CASE NO. 2:19-CV-01490** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **COREY J QUEBEDEAUX ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Rec. 8) is hereby **GRANTED** dismissing with prejudice Plaintiff's 42 U.S.C. § 1983 claims against the Louisiana Department of Public Safety and Corrections.

**THUS DONE AND SIGNED** in chambers on this 13th day of March, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**